**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.   CASE NO: 8:09-cr-154-T-30TGW

BRANDON THOMAS

_____

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Construed Motion to Amend Supervised Release (Dkt. #28).   Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Defendant's Construed Motion to Amend Supervised Release (Dkt. #28) is GRANTED.

2. The following modification is made to the Defendant's conditions of supervised release as set forth in the Judgment (Dkt. #27) entered on October 27, 2009:

> You shall reside at the Residential Reentry Center (RRC) for a period of ten (10) months or until you have established stable residence approved by Probation. You shall observe the rules of that facility.  While at the center, you shall be placed in the Community Confinement Component of the program, follow all center rules, and the probation officer's instructions regarding the implementation of this court directive.  Further, you shall contribute towards the cost of subsistence and may be required to pay for a physical examination at your own expense prior to entering the program. Cost of transportation to and from the RRC shall be the responsibility of the offender.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of May, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record
U. S. Probation Office

F:\Docs\2009\09-cr-154 amend SR 28.docx